Electronically Filed
 Supreme Court
 SCWC-XX-XXXXXXX
 21-MAR-2019
 09:14 AM
 SCWC-XX-XXXXXXX

 IN THE SUPREME COURT OF THE STATE OF HAWAII

 KŌKUA COUNCIL FOR SENIOR CITIZENS,
 an unincorporated association,
 Petitioner/Plaintiff-Appellant,

 vs.

 DIRECTOR OF THE DEPARTMENT OF HEALTH, STATE OF HAWAII,
 Respondent/Defendant-Appellee.

 CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
 (CAAP-XX-XXXXXXX; CIV. NO. 16-1-1421-07)

 ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
 (By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

 Petitioner/Plaintiff-Appellant Kōkua Council for Senior
Citizens’ application for writ of certiorari1 filed on
February 4, 2019, is hereby rejected.
 DATED: Honolulu, Hawaii, March 21, 2019.

 /s/ Mark E. Recktenwald
 /s/ Paula A. Nakayama
 /s/ Sabrina S. McKenna
 /s/ Richard W. Pollack
 /s/ Michael D. Wilson

 1
 The circuit court in this case noted the dense nature of
Plaintiff-Appellant Kōkua Council for Senior Citizens’ filings, and reminded
its counsel to comply with Rule 3 of the Rules of the Circuit Courts of the
State of Hawaii. It appears Kōkua Council for Senior Citizens’ Application
for Writ of Certiorari is not in compliance with Hawaii Rules of Appellate
Procedure Rule 32, subsections (a) and (b). Counsel is cautioned that future
filings not in compliance with court rules may be stricken.